UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

ZACHERY THOMAS BRESSMAN                                                           PLAINTIFF

v.                                         No. 2:22-cv-02135

DEPUTY BELL, NURSE ROCHELLE,
and DEPUTY HEWING                                                                DEFENDANTS

## ORDER

The Court has received a report and recommendation (Doc. 5) from United States Chief Magistrate Judge Mark E. Ford. The Magistrate Judge recommends the Court dismiss this case without prejudice for failure to prosecute or respond to the Court. No objections have been filed. After careful review, the Court finds that the report and recommendation is proper, contains no clear error, and is ADOPTED IN ITS ENTIRETY.

IT IS THEREFORE ORDERED that this case is DISMISSED WITHOUT PREJUDICE. Judgment will be entered accordingly.

IT IS SO ORDERED this 2nd day of November, 2022.

/s/ P. K. Holmes, III
P.K. HOLMES, III
U.S. DISTRICT JUDGE